UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIOBHAN FENTON, *individually
and on behalf of all others similarly
situated*,

                              Plaintiff,

                – against –

CRITERION WORLDWIDE *and*
LEWIS MORTON,

                              Defendants.

**ORDER**

18 Civ. 10224 (ER)

RAMOS, D.J.:

        On March 27, 2020, the Court granted Criterion's motion to compel arbitration and stayed this case.  The Court has received no information regarding the status of the arbitration since that time.  Accordingly, the parties are directed to submit a joint status report by November 1, 2020.

It is SO ORDERED.

Dated:   October 2, 2020
             New York, New York

                                                                  _____
                                                                  EDGARDO RAMOS, U.S.D.J.